IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAZLEY,

      Plaintiff,                           No. CIV S-10-1343 LKK EFB P

   vs.

M. GATES,

      Defendants.            <u>ORDER</u>

                             /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 12, 2010, the court directed plaintiff to file an amended complaint. On August 24, 2010, plaintiff filed an amended complaint, followed by a request for expedited review of his amended complaint. Dckt. Nos. 11, 12.

      Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

////

The court finds that, for the limited purposes of § 1915A screening, the amended complaint states cognizable claims for relief against all defendants.

Accordingly, it hereby is ordered that:

1. Plaintiff's August 27, 2010 motion for expedited review is denied as moot.

2. Service is appropriate for defendants Walker, Traquino, Aluilera, and Saukhla.

3. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the August 24, 2010 amended complaint.

4. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the endorsed August 24, 2010 amended complaint.

5. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Walker, Traquino, Aluilera, and Saukhla pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: September 14, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAZLEY,

     Plaintiff,                     No. CIV S-10-1343 LKK EFB P

    vs.

M. GATES,

     Defendants.              NOTICE OF SUBMISSION OF DOCUMENTS

                            /

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       1       completed summons form

       4       completed forms USM-285

       5       copies of the August 24, 2010 Amended Complaint

Dated:

                                                        Plaintiff