1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BAZLEY,

11             Plaintiff,                  No. CIV S-10-1343 LKK EFB P

12        vs.

13   M. GATES, et al.,

14             Defendants.                 <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action

17   brought under 42 U.S.C. § 1983.  He filed a motion for summary judgment on November 2, 2010

18   (Dckt. No. 17), prior to the filing of defendants' answer which was filed on December 19, 2010

19   (Dckt. No. 19).  Defendants' opposition to the motion (Dckt. No. 21) argues that the motion is

20   premature because: 1) it was filed before defendants' answer was due, or filed; and 2) prior to

21   discovery as to plaintiff's claims defendants can neither present, nor be expected to present, facts

22   essential to an opposition.  Dckt. No. 21 at 1; *see* Fed. R. Civ. P. 56(f).  Defendants' arguments

23   are well-taken, as plaintiff's motion is indeed premature.  *See Martinez v. Whitman*, 2010 U.S.

24   Dist. LEXIS 9766, 2010 WL 475347, at *1 (E.D. Cal. Feb. 4, 2010) (citing *Portsmouth Square,*

25   *Inc., v. Shareholders Protective Comm.*, 770 F.2d 866, 869 (9th Cir. 1985) ("The case must be

26   sufficiently advanced in terms of pretrial discovery for the summary judgment target to know

1

1  what evidence likely can be mustered and be afforded a reasonable opportunity to present such

2  evidence."); *see also Young v. Nooth*, 2009 U.S. Dist. LEXIS 31232, 2009 WL 995074, at *1 (D.

3  Or. Apr. 13, 2009).  By separate order, the court sets deadlines for discovery and the filing of

4  dispositive motions.  After the parties have had an opportunity to conduct discovery in

5  accordance with those deadlines, plaintiff may file a new motion for summary judgment, or a

6  statement indicating his intent to renew the November 2, 2010 motion for summary judgment.

7       Accordingly, plaintiff's motion for summary judgment is denied without prejudice.

8  Dated:  January 7, 2011.

9

10                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26