IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAZLEY,

      Plaintiff,                        No. CIV S-10-1343 LKK EFB P

    vs.

M. GATES, et al.,

      Defendants.          ORDER

_____ /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 1, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

---

[1] The findings and recommendations were re-served on plaintiff on September 9, 2011. To date no objections have been filed.

1

ORDERED that:

    1. The findings and recommendations filed September 1, 2011, are adopted in full; and

    2. Plaintiff's November 2, 2010 motion for summary judgment is denied.

DATED: September 29, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT